# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ROBIN RUMMAGE, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> BLUEGREEN VACATIONS § <br> UNLIMITED, INC. and BLUEGREEN § <br> VACATIONS CORPORATION, § <br> § <br> *Defendants.* § | Civil Action No. 4:23-cv-00962 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2024, the Magistrate Judge entered the report recommending that Defendants Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation's Motion to Compel Arbitration (Dkt. #11) be granted and this case stayed pending resolution of the arbitration proceeding.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation's Motion to Compel Arbitration (Dkt. # 11) is hereby **GRANTED** and this case is **STAYED** pending resolution of the arbitration proceeding.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE